In re BEARE. (Supreme Court, Appellate Division, First Department. February 19, 1915.) In the matter of Clifford L. Beare. No opinion. Application granted. Settle order on

notice. See, also, 158 App. Div. 469, 143 N. Y. Supp. 595.